**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | |
|---|---|
| ACCOUNT CONTROL TECHNOLOGY, INC., Plaintiff, | |
| v. | |
| THE UNITED STATES, Defendant, and | No. 17-493 |
| PREMIERE CREDIT OF NORTH AMERICA, LLC, GC SERVICES LIMITED PARTNERSHIP, FINANCIAL MANAGEMENT SYSTEMS, INC., VALUE RECOVERY HOLDINGS, LLC, THE CBE GROUP, INC., AUTOMATED COLLECTION SERVICES, INC., WINDHAM PROFESSIONALS, INC., TEXAS GUARANTEED STUDENT LOAN CORP., and ALLTRAN EDUCATION, INC., Intervenor-Defendants. | Chief Judge Braden |

**NOTICE OF APPEAL**

Pursuant to Rule 58.1 of the Rules of this Court, Alltran Education, Inc. ("Alltran") hereby provides notice that it is appealing to the United States Court of Appeals for the Federal Circuit the May 31, 2017 preliminary injunction entered in the above-captioned action (ECF 63).[1] Specifically, Alltran is appealing that aspect of the injunction that prohibits the United States Department of Education from allowing Alltran to perform under its award-term extension ("ATE") contract (*i.e.*, Task Order No. ED-FSA-17-O-0007 under Contract No. GS-23F-0291K).

[1] Alltran will be filing a similar notice of appeal in each related case wherein the Court issued a copy of the May 31 injunction—*i.e.*, case Nos. 17-449/499, 17-517, 17-558, 17-578, and 17-633. In those cases where Alltran currently has a pending motion to intervene, Alltran will file its notice of appeal as soon as the Court acts on Alltran's motion for intervention.

By separate motion, Alltran will also be requesting that this Court stay the May 31 injunction, at least as applied to Alltran, pending resolution of Alltran's appeal.

June 9, 2017

Respectfully submitted,

s/ Daniel R. Forman
Daniel R. Forman
(Counsel of Record)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Tel: (202) 624-2504
Fax: (202) 508-8989
DForman@crowell.com

Of Counsel:
James G. Peyster
Robert J. Sneckenberg
Stephanie L. Crawford
JPeyster@crowell.com
RSneckenberg@crowell.com
SCrawford@crowell.com

*Attorneys for Alltran Education, Inc.*